

'09 CIV 7774

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**INTEGRA TECHNOLOGIES
INTERNATIONAL, INC.,**
        Plaintiff,

-vs-                                  Case No. A-09-CA-143-SS

**DURST IMAGE TECHNOLOGY US LLC,**
        Defendant.

## ORDER TRANSFERRING ACTION

BE IT REMEMBERED on the 20th day of August 2009 the Court reviewed the file in the above-styled cause, and specifically Defendant Durst Image Technology US LLC's Motion to Dismiss, or in the Alternative, to Transfer [#17], and the Court, having determined the motion to transfer should be GRANTED, hereby enters the following:

IT IS ORDERED that the above-styled and numbered cause is hereby TRANSFERRED to the United States District Court for the Southern District of New York based on the Fifth Circuit's first-to-file rule.

SIGNED this the 20th day of August 2009.

                                            SAM SPARKS
                                            UNITED STATES DISTRICT JUDGE

A true copy of the original, I certify
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

By: Molly Morrison, Deputy Clerk